01
02
03
04
05
06

07                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
08                              AT SEATTLE

09 | BRENDA ANGELES,                          )
   |                                          )   CASE NO. C14-0437-TSZ-MAT
10 |         Plaintiff,                       )
   |                                          )
11 |     v.                                   )
   |                                          )   REPORT AND RECOMMENDATION
12 | CAROLYN W. COLVIN, Acting                )
   | Commissioner of Social Security,         )
13 |                                          )
   |         Defendant.                       )
14 | _____  )

15    Plaintiff brought this action to seek judicial review of the denial of an application for

16 disability benefits by the Commissioner of the Social Security Administration.  The parties

17 now stipulate this case should be reversed and remanded for further proceedings.  (Dkt. 16.)

18    Based on the stipulation of the parties, the Court recommends this case be REVERSED

19 and REMANDED for a *de novo* hearing and further administrative proceedings pursuant to

20 sentence four of 42 U.S.C. § 405(g).  On remand, the Administrative Law Judge (ALJ) shall:

21 (1) clarify the date plaintiff alleges she became "clean and sober" and further evaluate her

22 substance abuse in accordance with Social Security Ruling 13-2p, as appropriate; (2) further

REPORT AND RECOMMENDATION
PAGE -1

evaluate the opinion evidence in the record; (3) further evaluate plaintiff's maximum residual functional capacity; (4) further evaluate plaintiff's subjective complaints; (5) obtain supplemental vocational expert evidence, as warranted; (6) offer plaintiff the opportunity for a new hearing; and (7) issue a new decision.

The Court recommends that United States District Judge Thomas S. Zilly immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A proposed order accompanies this Report and Recommendation.

DATED this 22nd day of September, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge