UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRENDA ANGELES, | ) |
| Plaintiff, | ) |
| | ) C14-437 TSZ |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| | ) ORDER OF REMAND |
| Defendant. | ) |

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, Chief United States Magistrate Judge, docket no. 17, concerning the parties' stipulated motion to reverse and remand this case for further administrative proceedings, docket no. 16, the Court hereby ORDERS:

(1) The Report and Recommendation is ADOPTED;

(2) This matter is REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g); and

(3) The Clerk is DIRECTED to send copies of this Order to all counsel of record and to Magistrate Judge Theiler.

DATED this 2nd day of October, 2014.

Thomas S. Zilly
United States District Judge

ORDER OF REMAND - 1